■ MANUFACTURERS AND TRADERS TRUST COMPANY, Respondent, v NIAGARA SQUARE ASSOCIATES et al., Appellants. (Appeal No. 3.) [608 NYS2d 130] —Appeal unanimously dismissed without costs (see, Matter of Kolasz v Levitt, 63 AD2d 777, 779). (Appeal from Order of Supreme Court, Erie County, Stathacos, J.H.O.—Confirm Referee's Report.) Present—Callahan, J. P., Green, Balio, Fallon and Boehm, JJ.